Helen F. Dalton & Associates, P.C.
James O'Donnell (JO 8042)
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

NORMANDY RAFAEL HERNANDEZ MARTINEZ,
individually and on behalf of all others similarly situated,

      Plaintiff,      **NOTICE OF APPEARANCE**

   -against-

                **23-cv-7602**

SKYLIGHT HOLDINGS 2 INC. d/b/a MARKET PLACE by KEY FOOD, and JUAN IGNACIO PEREZ SR. and JUAN PEREZ JR., as individuals,

      Defendants.

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiff herein, add the undersigned as co-counsel of record for Plaintiff in this matter:

James O'Donnell (JO 8042) – jamespodonnell86@gmail.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, NY
October 12, 2023

              _/s/James O'Donnell_____
              James O'Donnell (JO 8042)
              Helen F. Dalton & Associates, P.C.
              Attorneys for Plaintiff
              80-02 Kew Gardens Road Suite 601
              Kew Gardens, New York 11415