UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NORMANDY RAFAEL HERNANDEZ MARTINEZ,
individually and on behalf of all others similarly situated,

                        Plaintiff,

      -against-

SKYLIGHT HOLDINGS 2 INC. d/b/a MARKET PLACE by
KEY FOOD, and JUAN IGNACIO PEREZ SR. and JUAN
PEREZ JR., as individuals,

                        Defendants.
----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**23-cv-7602**

      **PLEASE TAKE NOTICE**, that HELEN F. DALTON & ASSOCIATES, P.C., attorneys of record for the Plaintiff herein, hereby adds the undersigned as co-counsel of record, for the Plaintiff on this matter:

Avraham Y. Scher, Esq. (5710595) – avi@helendalton.com
**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiff(s)*
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, New York
       October 12, 2023

                                        *Avraham Y. Scher*
                                        Avraham Y. Scher, Esq.
                                        **HELEN F. DALTON & ASSOCIATES, P.C.**
                                        Attorneys for the Plaintiff
                                        80-02 Kew Gardens Road
                                        Suite 601
                                        Kew Gardens, New York 11415