Form 27 - AFFIDAVIT OF SERVICE


P20143644

**HELEN F. DALTON & ASSOCIATES, P.C**   Michael Avelino
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMANDY RAFAEL HERNANDEZ MARTINEZ, individually and on behalf of all others similarly situated<br><br>PLAINTIFF<br>- vs -<br>SKYLIGHT HOLDINGS 2 INC. D/B/A MARKET PLACE BY KEY FOOD, ETAL<br>DEFENDANT | Index No. **1:23-cv-07602-DG-SJB**<br>Date Filed<br>Office No. **2022-L181**<br>Court Date. |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16TH** day of **OCTOBER, 2023 3:04PM** at
**615 5TH AVE**
**BROOKLYN NY 11215**
I served a true copy of the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **SKYLIGHT HOLDINGS 2 INC. D/B/A MARKET PLACE BY KEY FOOD** the **DEFENDANT** therein named by delivering to, and leaving personally with **Eddy Luman, MANAGER,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **BROWN**  HAIR: **BLACK**
APP.AGE: **30-40** APP. HT: **5'10** APP. WT: **170**
OTHER IDENTIFYING FEATURES


Sworn to before me this
18TH day of OCTOBER, 2023

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ASSMET ABDERRAHMAN #1115274
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-20143644