ATTORNEY(S): Helen F. Dalton & Associates, P.C.
INDEX #: 1:23-cv-07602
PURCHASED/FILED:
STATE OF: NEW YORK
COURT: U.S. District
COUNTY/DISTRICT: Eastern Dist.

P20143677

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Normandy Rafael Hernandez MArtinez, Individually and on behalf of all others similarly situated

Plaintiff(s)

against

Skylight Holdings 2 Inc D/B/A MArket Palce by Key Food, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 70 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

**Holly Atkins**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **October 26, 2023**, at **2:27 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **Summons & Complaint Civil Cover Sheet**

on

**Skylight Holdings 2 Inc D/B/A Market Palce by Key Food**

the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
26th day of October, 2023

_____
ROBERT GUYETTE
Notary Public State of New York
01GU6382699 RENSSELAER COUNTY
Commission Expires OCTOBER 29, 2026

_____
Holly Atkins
Invoice·Work Order # 2346840
Attorney File # 20143677