UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NORMANDY RAFAEL HERNANDEZ MARTINEZ,

        Plaintiff,
    -against-

SKYLIGHT HOLDINGS 2 INC. d/b/a MARKET PLACE by KEY FOOD, JUAN IGNACIO PEREZ SR. and JUAN PEREZ JR., as individuals.

        Defendants.

Case 23-cv-7602

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendants, SKYLIGHT HOLDINGS 2 INC. d/b/a MARKET PLACE by KEY FOOD, JUAN IGNACIO PEREZ SR. and JUAN PEREZ JR. discloses:

- SKYLIGHT HOLDINGS 2 INC. does not have a parent corporation or publicly-held stock.

Dated: November 9, 2023.

        Respectfully submitted,
        SPIRE LAW, PLLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Ian E. Smith*
            Ian E. Smith, Esq.
            New York Bar No. 4027447
            ian@spirelawfirm.com
            margarita@spirelawfirm.com
            filings@spirelawfirm.com

        Attorney for Defendants | SKYLIGHT HOLDINGS 2 INC. d/b/a MARKET PLACE by KEY FOOD, JUAN IGNACIO PEREZ SR. and JUAN PEREZ JR.