

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

June 17, 2024

**Via Electronic Filing**
The Honorable Magistrate Judge Sanket J. Bulsara
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re.: Martinez *v.* Skylight Holdings 2 Inc. (1:23-cv-07602)

Dear Judge Bulsara:

    This firm represents Defendant, Skylight Holdings 2 Inc. With Plaintiff Normandy Rafael Hernandez Martinez's consent, we write to request the Court's permission for the parties to attend the Conference scheduled on June 20, 2024, by telephone, teleconference, or other remote means.

    The undersigned counsel resides outside of the state of New York and is therefore requesting the conference to be conducted remotely. The parties have conferred regarding this request and Plaintiff has no objection.

    We thank the Court for its attention to this matter.

Respectfully,

*Ian E. Smith*

Ian E. Smith, Esq.
Partner, Spire Law, LLC

